UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LAW OFFICES OF ALAN L. ZEGAS
552 Main Street
Chatham, New Jersey 07928
(973) 701-7080
Attorneys for Defendant,
Chikezie Onyenso

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHIKEZIE ONYENSO, <br><br> Defendant. | Criminal No.: 12-602 (CCC) <br><br> **CONSENT ORDER EXTENDING TIME FOR DEFENDANT CHIKEZIE ONYENSO TO FILE PRETRIAL MOTIONS** |

THIS MATTER having been opened to the Court by way of application of defendant, Chikezie Onyenso, through his attorneys, the Law Offices of Alan L. Zegas, for an order extending the time to file pretrial motions until December 6, 2012, and the United States, through its attorney, Scott B. McBride, Assistant United States Attorney, has consented to the extension, and for good cause shown,

IT IS on this 14th day of November 2012,

ORDERED that defendant's pretrial motions shall be due on December 6, 2012.

_____
Hon. Claire C. Cecchi
United States Magistrate Judge

Form and entry consented to by the undersigned

UNITED STATES ATTORNEY'S OFFICE

_____
Scott B. McBride
Assistant United States Attorney


LAW OFFICES OF ALAN L. ZEGAS

_____
Alan L. Zegas