# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHIKEZIE ONYENSO,<br><br>Defendant. | Criminal No.: 12-CR-602 (CCC)<br><br>**ORDER EXTENDING DEFENDANT'S SURRENDER DATE** |

**THIS MATTER** having been opened to the Court by way of Defendant's motion for bail pending appeal [Docket Entry No. 120], through his attorneys, the Law Offices of Alan L. Zegas, and for good cause shown,

**IT IS**, on this 4th day of February, 2015,

**ORDERED** that Defendant Chikezie Onyenso's surrender date is hereby extended from February 6, 2015 to March 16, 2015.

_____
**CLAIRE C. CECCHI, U.S.D.J.**